United States Bankruptcy Court
Central District of California

In re:  
Sherwood Kahlenberg  
    Debtor

Case No. 15-12634-VK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0973-1     User: rkeysC     Page 1 of 1     Date Rcvd: Aug 06, 2015  
                     Form ID: b9i     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2015.

```
db         +Sherwood Kahlenberg,    12760 Kahlenberg Lane,    Valley Village, CA 91607-2919
tr         +Elizabeth (SV) F Rojas (TR),    Valley Executive Center,    15260 Ventura Blvd., Suite 710,
             Sherman Oaks, CA 91403-5342
smg         Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
36491674   +Chase,    Po Box 24696,    Columbus, OH 43224-0696
36491675   +Cmre Financial Services Inc,    3075 E Imperial Hwy Ste 200,    Brea, CA 92821-6753
36491676   +Continental Credit Ctr,    Po Box 30348,    Santa Barbara, CA 93130-0348
36491680    Gary V Hixon,    c/o HBH Services,    6311 Van Nuys Blvd, Ste 457,    Van Nuys, CA 91401-2611
36491681   +Homeplus Fin,    600 Lairport Stree,    El Segundo, CA 90245-5004
36491689   +Joseph Rife,    c/o Gary Hixon,    HBH Services,    6311 Van Nuys Blvd, #417,
             Van Nuys, CA 91401-2611
36491684    LA County Tax Collector,    PO Box 54110,    Los Angeles, CA 90054-0110
36491683   +LA County Tax Collector,    225 N Hill Street,    PO Box 512102,    Los Angeles, CA 90051-0102
36491685   +Medicredit Corporation,    Po Box 1629,    Maryland Heights, MO 63043-0629
36491687   +Progressive Manageme,    Po Box 2220,    West Covina, CA 91793-2220
36491688   +Rash Curtis & Associat,    190 S Orchard Ave Ste A2,    Vacaville, CA 95688-3645
36491690   +Roy Al Finance & Loan Co,    c/o Homeplus FInance Corporation,    600 Lairport Street,
             El Segundo, CA 90245-5004
36491691   +Rubin Howard P & F Trust,    16633 Ventura Blvd, Ste 1000,    Encino, CA 91436-1838
36491693   +Wilshire Financial Network,    3540 Wilshire Blvd PH5,    Los Angeles, CA 90010-2317
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty         E-mail/Text: ghigginse@aol.com Aug 07 2015 01:59:51      Gail Higgins,
             433 North Camden Dr, 4th Flr,    Beverly Hills, CA  90210
smg         EDI: EDD.COM Aug 07 2015 01:39:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
             P.O. Box 826880,    Sacramento, CA 94280-0001
smg         EDI: CALTAX.COM Aug 07 2015 01:38:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
             P.O. Box 2952,    Sacramento, CA  95812-2952
36491677   +E-mail/Text: bknotice@erccollections.com Aug 07 2015 02:00:29      Enhanced Recovery Corp,
             Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
36491678   +E-mail/Text: bankruptcy@fcnetwork.com Aug 07 2015 02:00:49      Financial Credit Netwo,
             1300 W Main St,    Visalia, CA 93291-5825
36491679    EDI: CALTAX.COM Aug 07 2015 01:38:00      Franchise Tax Board,    Bankruptcy Section MS A340,
             PO Box 2952,    Sacramento, CA 95812-2952
36491682    EDI: IRS.COM Aug 07 2015 01:38:00      Internal Revenue Service,    PO Box 7346,
             Philadelphia, PA 19101-7346
36491686    EDI: PRA.COM Aug 07 2015 01:38:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
             Norfolk, VA 23541
36491692   +E-mail/Text: ebn@unique-mgmt.com Aug 07 2015 02:00:48      Unique National Collec,
             119 E Maple St,    Jeffersonville, IN 47130-3439
                                                                                              TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2015                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2015 at the address(es) listed below:
```
              Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
              Gail  Higgins    on behalf of Debtor Sherwood  Kahlenberg ghigginse@aol.com
              United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                              TOTAL: 3
```

**B9I (Official Form 9I)** (Chapter 13 Case) (12/12)

# UNITED STATES BANKRUPTCY COURT — Central District Of California

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on August 5, 2015.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 21041 Burbank Blvd, Woodland Hills, CA 91367–6603.**
NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) and address):
Sherwood Kahlenberg
12760 Kahlenberg Lane
Valley Village, CA 91607

**Case Number:**
**1:15–bk–12634–VK**

| All other names used by the Debtor(s) in the last 8 years (include married, maiden, and trade names): Debtor: Joint Debtor: | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN: Dbt SSN: xxx–xx–9933 |
|---|---|
| Attorney for Debtor(s) (name and address): Gail Higgins 433 North Camden Dr, 4th Flr Beverly Hills, CA 90210 Telephone number:  310–279–5269 | Bankruptcy Trustee (name and address): Elizabeth (SV) F Rojas (TR) Valley Executive Center 15260 Ventura Blvd., Suite 710 Sherman Oaks, CA 91403 Telephone number:  818–933–5700 |

### Meeting of Creditors:

Date:  **September 16, 2015**                                          Time:  **10:00 AM**
Location:  **21041 Burbank Blvd., #100, Woodland Hills, CA 91367–6003**

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **December 15, 2015**
For a governmental unit: (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **February 1, 2016**

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: November 16, 2015**
**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Hearing on Confirmation of Plan:

Date:  **October 13, 2015**                                          Time:  **09:00 AM**
Location:  **21041 Burbank Blvd, Crtrm 301, Woodland Hills, CA 91367**
The plan or a summary of the plan will be sent separately by the debtor.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your right in this case.

| Address of the Bankruptcy Clerk's Office: 21041 Burbank Blvd, Woodland Hills, CA 91367–6603 Telephone number:  855–460–9641 | For the Court: Clerk of the Bankruptcy Court: Kathleen J. Campbell |
|---|---|
| Hours Open:  9:00 AM – 4:00 PM | Date:  August 6, 2015 |

**(Form rev. 12/13 341–B9I)**                                                                                                                              /

**EXPLANATIONS**      **B9I (Official Form 9I) (12/12)**

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. The plan or a summary of the plan will be sent separately by the debtor, and the confirmation hearing will be held on the date indicated on the front of this notice. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business if any unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult an attorney to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code §362 and §1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to exceed or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to Chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Proof of Debtor Identification (ID) and Proof of Social Security Number (SSN) | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state–issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W–2 form, pay stub, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| Failure to Appear at the Section 341(a) Meeting and Hearing of Confirmation of Chapter 13 Plan | Appearance by debtor(s) and the attorney for the debtor(s) is required at both the Section 341(a) meeting and the confirmation hearing. Unexcused failure by the debtor(s) to appear at either the Section 341(a) meeting and/or the confirmation hearing may result in dismissal of the case. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 21041 Burbank Blvd, Woodland Hills, CA 91367–6603.** You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |

**–– Refer to Other Side for Important Deadlines and Notices ––**