United States Bankruptcy Court
Central District of California

In re:  
Sherwood Kahlenberg  
    Debtor

Case No. 15-12634-VK  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0973-1 | User: rkeysC | Page 1 of 1 | Date Rcvd: Aug 06, 2015 |
|---|---|---|---|
| | Form ID: ccdn | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2015.
```
db             +Sherwood Kahlenberg,    12760 Kahlenberg Lane,    Valley Village, CA 91607-2919
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2015                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2015 at the address(es) listed below:
```
              Gail   Higgins    on behalf of Debtor Sherwood  Kahlenberg ghigginse@aol.com
              United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                             TOTAL: 2
```

**United States Bankruptcy Court**
**Central District Of California**

In re:
Sherwood Kahlenberg

CHAPTER NO.: 13

CASE NO.: 1:15−bk−12634−VK

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

☒ Statement of Social Security Number(s) (Official Form B21) (Individual debtors only) must be submitted in accordance to section 3−6(b) of the Court Manual [FRBP 1007(f); LBR 1002−1]
☒ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and FRBP 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4)
☒ Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159) (Official Form B6 Pg 2)
☒ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney (Official Form B203). [11 U.S.C. § 329; FRBP 2016(b); Court Manual, section 2−1]
☒ Debtor's Certification of Employment Income (Local Form)

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2−1(a)(7).

    Chapter 13    Original only

**Please return the original or copy of this form with all required items to the following location:**

    21041 Burbank Blvd, Woodland Hills, CA 91367−6603

If you have any questions, please contact the below−referenced Deputy Clerk:

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: August 5, 2015

**By: Robin Keys**
**Deputy Clerk**

ccdn − Revised 06/2014                                                                                                   **1 /**