United States Bankruptcy Court
Central District of California

In re:                                                                            Case No. 15-12634-VK
Sherwood Kahlenberg                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-1            User: kreavesC            Page 1 of 1              Date Rcvd: Aug 17, 2015
                                Form ID: van162          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2015.
```
db          +Sherwood Kahlenberg,   12760 Kahlenberg Lane,    Valley Village, CA 91607-2919
smg          Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
36491674    +Chase,   Po Box 24696,   Columbus, OH 43224-0696
36491675    +Cmre Financial Services Inc,    3075 E Imperial Hwy Ste 200,    Brea, CA 92821-6753
36491676    +Continental Credit Ctr,    Po Box 30348,   Santa Barbara, CA 93130-0348
36491680     Gary V Hixon,   c/o HBH Services,    6311 Van Nuys Blvd, Ste 457,    Van Nuys, CA 91401-2611
36491681    +Homeplus Fin,   600 Lairport Stree,    El Segundo, CA 90245-5004
36491689    +Joseph Rife,   c/o Gary Hixon,    HBH Services,   6311 Van Nuys Blvd, #417,
              Van Nuys, CA 91401-2611
36491683    +LA County Tax Collector,    225 N Hill Street,   PO Box 512102,    Los Angeles, CA 90051-0102
36491684     LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR,    PO BOX 54110,    LOS ANGELES CA 90054-0110
36491685    +Medicredit Corporation,    Po Box 1629,   Maryland Heights, MO 63043-0629
36491687    +Progressive Manageme,    Po Box 2220,   West Covina, CA 91793-2220
36491688    +Rash Curtis & Associat,    190 S Orchard Ave Ste A2,    Vacaville, CA 95688-3645
36491690    +Roy Al Finance & Loan Co,    c/o Homeplus FInance Corporation,    600 Lairport Street,
              El Segundo, CA 90245-5004
36491691    +Rubin Howard P & F Trust,    16633 Ventura Blvd, Ste 1000,    Encino, CA 91436-1838
36491693    +Wilshire Financial Network,    3540 Wilshire Blvd PH5,    Los Angeles, CA 90010-2317
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          EDI: EDD.COM Aug 18 2015 02:03:00     Employment Development Dept.,   Bankruptcy Group MIC 92E,
              P.O. Box 826880,   Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Aug 18 2015 02:03:00     Franchise Tax Board,   Bankruptcy Section MS: A-340,
              P.O. Box 2952,   Sacramento, CA  95812-2952
36491677    +E-mail/Text: bknotice@erccollections.com Aug 18 2015 02:14:38     Enhanced Recovery Corp,
              Attention: Client Services,   8014 Bayberry Rd,    Jacksonville, FL 32256-7412
36491678    +E-mail/Text: bankruptcy@fcnetwork.com Aug 18 2015 02:15:00     Financial Credit Netwo,
              1300 W Main St,   Visalia, CA 93291-5825
36491679     EDI: CALTAX.COM Aug 18 2015 02:03:00     Franchise Tax Board,   Bankruptcy Section MS A340,
              PO Box 2952,   Sacramento, CA 95812-2952
36491682     EDI: IRS.COM Aug 18 2015 02:03:00     Internal Revenue Service,   PO Box 7346,
              Philadelphia, PA 19101-7346
36491686     EDI: PRA.COM Aug 18 2015 02:03:00     Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
              Norfolk, VA 23541
36491692    +E-mail/Text: ebn@unique-mgmt.com Aug 18 2015 02:14:58     Unique National Collec,
              119 E Maple St,   Jeffersonville, IN 47130-3439
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2015 at the address(es) listed below:
```
              Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
              Gail   Higgins    on behalf of Debtor Sherwood  Kahlenberg ghigginse@aol.com
              United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

Form CACB (odcnf−VAN162)
(06/2014)

## United States Bankruptcy Court
## Central District Of California

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

# ORDER AND NOTICE OF DISMISSAL
# FOR FAILURE TO FILE INITIAL PETITION DOCUMENTS

**DEBTOR INFORMATION:**
Sherwood Kahlenberg

**BANKRUPTCY NO.** 1:15−bk−12634−VK

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−9933
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 8/17/15

**Address:**
12760 Kahlenberg Lane
Valley Village, CA 91607

It appearing that a voluntary petition was filed in the above−captioned case without all the documents, signatures, or information required by FRBP 1007 and LBRs 1002−1 and 1007−1(a) to be filed or submitted at the time of the filing of a voluntary petition,

IT IS HEREBY ORDERED THAT:

(1)   The case is dismissed.
(2)   The automatic stay is vacated.
(3)   Any discharge entered in this case is vacated.
(4)   The Court retains jurisdiction on all issues arising under Bankruptcy Code §110, 329 and 362.

Dated: August 17, 2015

FOR THE COURT,
**Victoria S. Kaufman**
United States Bankruptcy Judge

(Form odcnf−VAN162) (Rev. 06/2014)                                                                                                           **8 / KRV**